## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Victor Krosch and Videll Krosch, | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Plaintiffs, | ) | **ADMIT FRANK E. SCHIMANECK** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| JLG Industries, Inc., P-Q Controls, Inc., | ) | |
| and Dakota-Montana Hardware, Inc., | ) | |
| | ) | Case No. 1:07-cv-045 |
| Defendants. | ) | |

Before the court is a motion filed by Defendant JLG Industries, Inc. ("JLG") for attorney Frank E. Schimaneck to appear *pro hac vice* on its behalf.  In accordance with Local Rule 79.1(D), Mr. Schimaneck will submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fee to the office of the clerk.  Accordingly, the JLG's motion (Docket No. 6) is **GRANTED**. Attorney Frank E. Schimaneck is admitted to practice before this court in this matter on JLG's behalf.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge