**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Victor Krosch and Videll Krosch, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| JLG Industries, Inc., P-Q Controls, Inc., | ) | |
| and Dakota-Montana Hardware, Inc., | ) | Case No. 1:07-cv-045 |
| | ) | |
| Defendants. | ) | |

Before the court is the Defendant P-Q Controls, Inc.'s motion for attorney Rodney Dean to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Dean has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, the Defendant P-Q Controls, Inc.'s motion (Docket No. 17) is **GRANTED**. Attorney Rodney Dean is admitted to practice before this court in this matter on behalf of Defendant P-Q Controls, Inc.

**IT IS SO ORDERED.**

Dated this 12th day of September, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge