**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Victor Krosch and Videll Krosch, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JLG Industries, Inc., P-Q Controls, Inc., | ) | |
| and Dakota-Montana Hardware, Inc., | ) | Case No. 1:07-cv-045 |
| | ) | |
| Defendants. | ) | |

_____

On April 8, 2008, the parties filed a Stipulation to Amend Scheduling Order. The court **ADOPTS** the parties' stipulation (Docket No. 21) and **ORDERS** that the scheduling order be amended as follows:

4. The plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by May 9, 2008, and the defendants shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by June 9, 2008. (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.)

Dated this 9th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court