**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Victor Krosch and Videll Krosch,　) | |
| 　　　　　　　　　　　　　　　　) | **ORDER OF DISMISSAL** |
| 　　　　　　　　　　Plaintiffs,　) | |
| 　　　vs.　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | Case No. 1:07-cv-045 |
| JLG Industries, Inc., P-Q Controls,　) | |
| Inc., and Dakota-Montana　　　　) | |
| Hardware, Inc.,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　Defendants.　) | |

---

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on August 6, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 75) and **ORDERS** the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel L. Hovland*
　　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court